**DISMISSED; Opinion Filed May 24, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01358-CV

### GREGORY VON LEE, Appellant
### V.
### DALLAS AREA RAPID TRANSIT, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-03665-A**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Nowell

Appellant's amended brief in this case is overdue. Although appellant filed a brief on February 11, 2019, it was deficient in that it did not comply with Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1. Specifically, the brief did not (1) contain a complete list of all parties to the trial court's judgment; (2) contain a table of contents indicating the subject matter of each issue or point; (3) contain an index of authorities with page cites; (4) contain a concise statement of the case, the course of proceedings, or the trial court's disposition of the case; (5) concisely state all issues presented for review; (6) contain a statement of facts with references to the record; (7) contain a succinct, clear, and accurate summary of the arguments made in the body of the brief; (8) contain a short conclusion stating the nature of the relief sought; and (9) contain a proper certificate of compliance or a proper certificate of service. Furthermore, the

argument did not contain appropriate citations to the record or to authorities and the brief did not have an appendix with the trial court judgment. *See id*. 38.1(a)–(f), (g)–(k). We provided appellant with the opportunity to file an amended brief that complied with the requirements of rule 38.1 within ten days and cautioned him that failure to comply might result in dismissal of the appeal without further notice. *See id*. 38.8(a)(1); 42.3 (b), (c). Appellant then filed an extension motion; in an order dated March 21, 2019, we struck his original brief and ordered his amended brief due on April 12, 2019. We expressly cautioned appellant that the failure to comply might result in the dismissal of the appeal without further notice. Appellant did not file an amended brief and has not corresponded with the Court about the status of the appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE


181358F.P05

–2–



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

GREGORY VON LEE, Appellant

No. 05-18-01358-CV          V.

DALLAS AREA RAPID TRANSIT,
Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-16-03665-A.
Opinion delivered by Justice Nowell,
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DALLAS AREA RAPID TRANSIT recover its costs, if any, of this appeal from appellant GREGORY VON LEE.

Judgment entered this 24th day of May, 2019.